IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-242-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| JUAN LUIS ALVAREZ-CASTRO | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the decision of the United States Court of Appeals for the Fourth Circuit, where appeal was dismissed upon death of appellant, and judgment entered remanding the case to this court to vacate its judgment and dismiss the indictment, said judgment entered against defendant is set aside and the indictment against him dismissed.

SO ORDERED, this the 1st day of September, 2009.

_____
LOUISE W. FLANAGAN
Chief United States District Judge